# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| VIVIAN N. AUGUSTUS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 1:25-cv-00117-HAB-ALT |
| ) | |
| TOWN OF SOUTH WHITLEY and ) | |
| OFFICER BRIAN SCHIMMEL and ) | |
| WHITLEY COUNTY SHERIFF JASON ) | |
| SPENCER, and JOHN DOES/JANE DOES ) | |
| (UNKNOWN CONFINEMENT OFFICERS), ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO EXTEND PRE-TRIAL DEADLINES

COME NOW the parties, by their respective counsel, and jointly move the Court to extend certain pre-trial deadlines set forth in this case and, in support of this Joint Motion, show the Court as follows:

1. On May 8, 2025, Magistrate Judge Susan Collins entered a Scheduling Order and Memorandum of Preliminary Pre-Trial Conference.

2. In that Order, Judge Collins set a deadline of October 30, 2025 for Plaintiff to provide reports from retained experts and December 18, 2025 for Defendants to provide reports from retained experts.

3. A discovery deadline of February 26, 2026 was set; and a dispositive motion deadline was set for March 26, 2026 as well.

4. The parties exchanged Initial Disclosures and there has also been some written discovery. However, the deposition of the Plaintiff was not taken until December 29, 2025 because

4916-6799-7062

she has been away at college in Idaho since late Summer of 2025 and counsel for Defendants felt it necessary to depose her in person when she finally returned home from school on winter break.

5. As a result of the information learned from the deposition of the Plaintiff, it has become clear that the parties need to secure her pre and post-arrest medical, counseling and school records to evaluate her damage claims.

6. Once these records are obtained, there may be additional depositions which need to be taken and the possibility that Defendants will need to have Plaintiff submit to an Independent Medical Examination.

7. In spite of the best efforts of the parties, all of this additional discovery cannot be completed by the current deadline in February. In addition, any extension of that deadline will necessarily require an extension of the dispositive motion deadline as well.

8. In light of these developments, the parties request that the following new deadlines be set:

- Discovery deadline of May 29, 2026
- Dispositive motion deadline of June 26, 2026
- Deadline for Defendants to provide reports from retained experts of April 24, 2026

WHEREFORE, the parties, by their respective counsel, move the Court to grant their Joint Motion to Extend Pre-Trial Deadlines; that a new deadline to complete discovery be set for May 29, 2026; that a new deadline for filing dispositive motions be set for June 26, 2026 and a new deadline for Defendants to provide reports from retained experts of April 24, 2026 be set, and for all other just and proper relief in the premises.

| MYERS & WALLACE | BARRETT MCNAGNY LLP |
|---|---|
| By: */s/ Christopher C. Myers*<br>Christopher C. Myers, #10043-02<br>809 South Calhoun Street, Suite 400<br>Fort Wayne, IN 46802<br>Telephone: (260) 424-0600<br>E-Mail: cmyers@myers-law.com<br>*Attorney for Plaintiff* | By: */s/ Robert T. Keen, Jr.*<br>Robert T. Keen, Jr., #5475-02<br>215 East Berry Street<br>Fort Wayne, IN 46802<br>Telephone: (260) 423-9551<br>E-Mail: rtk@barrettlaw.com<br>*Attorney for Defendants, Town of South Whitley and Officer Brian Schimmel* |

CLARK JOHNSON & KNIGHT, LTD.

By: */s/ Pamela G. Schneeman*
   Pamela G. Schneeman, #18142-53
   11590 North Meridian Street, Suite 650
   Carmel, IN 46032
   Telephone: (317) 844-3830
   E-Mail: pschneeman@cjklaw.com
   *Attorney for Defendant Whitley County Sheriff Jason Spencer*