## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | | |
|---|---|---|
| VIVIAN N. AUGUSTUŚ | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 1:25-cv-00117-HAB-ALT |
| | ) | |
| TOWN OF SOUTH WHITLEY, | ) | |
| OFFICER BRIAN SCHIMMEL, | ) | |
| WHITLEY COUNTY SHERIFF JASON | ) | |
| SPENCER, and ALIVIA BLOCHER | ) | |
| (CONFINEMENT OFFICER), | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE
### OF TOWN OF SOUTH WHITLEY AND OFFICER BRIAN SCHIMMEL ONLY

COME NOW the parties, by counsel, and respectfully stipulate and agree that all claims against the Town of South Whitley and Officer Brian Schimmel may be dismissed, with prejudice, for the reason that such claims have been compromised and settled.

WHEREFORE, the parties, by their respective counsel, pray that the Court dismiss the claims against the Town of South Whitley and Officer Brian Schimmel only, with prejudice. The claims against all other parties remain pending.

MYERS & WALLACE

By: /s/
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone: (260) 424-0600
E-Mail: cmyers@myers-law.com
*Attorney for Plaintiff*

BARRETT MCNAGNY LLP

By: /s/ Robert T. Keen, Jr.
Robert T. Keen, Jr., #5475-02
215 East Berry Street
Fort Wayne, IN 46802
Telephone: (260) 423-9551
E-Mail: rtk@barrettlaw.com
*Attorney for Defendants, Town of South Whitley and Officer Brian Schimmel*

4905-0863-9133